JONATHAN P. LACOUR, SBN 285098
jonathanl@pierrelacour.com
LISA NOVECK, SBN 316660
lisan@pierrelacour.com
EMPLOYEES FIRST LABOR LAW P.C.
65 N. Raymond Avenue, Suite 260
Pasadena, California 91103
Telephone: (310) 853-3461
Facsimile: (949) 743-5442

Attorneys for Plaintiff,
MARIA ENCISO TRINIDAD

PHILIP J. AZZARA, SBN 239126
pazzara@fisherphillips.com
LISA L. PETERSON, SBN 292798
lpeterson@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendants,
CORE-MARK INTERNATIONAL, INC., KENY HERNANDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ENCISO TRINIDAD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CORE-MARK INTERNATIONAL, INC., a Delaware Corporation, KENY HERNANDEZ, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.:  CV 21-3055 MWF (MAAx)<br><br>*[Removed from Los Angeles Superior Court Case No. 20STCV32008]*<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed:  August 21, 2020<br>Trial Date:       Not Set |

## **STIPULATION**

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

DATE: June 10, 2021

EMPLOYEES FIRST LABOR LAW P.C.

By: /s/ Jonathan P. LaCour
JONATHAN P. LACOUR
LISA NOVECK
Attorneys for Plaintiff,
MARIA ENCISO TRINIDAD

DATE: June 10, 2021

FISHER & PHILLIPS LLP

By: /s/ Philip J. Azzara
PHILIP J. AZZARA
LISA L. PETERSON
Attorneys for Defendants,
CORE-MARK INTERNATIONAL, INC., KENY HERNANDEZ

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Philip J. Azzara, counsel for Defendants CORE-MARK INTERNATIONAL, INC. and KENY HERNANDEZ, and that I have obtained Mr. Azzara's authorization to affix his electronic signature to this document.

DATE:  June 10, 2021

EMPLOYEES FIRST LABOR LAW P.C.

By: /s/ Jonathan P. LaCour
JONATHAN P. LACOUR
LISA NOVECK
Attorneys for Plaintiff,
MARIA ENCISO TRINIDAD

1
SIGNATURE CERTIFICATION

FP 40768660.2